1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SOLIDGROUND SOLUTIONS GMBH, ET AL., | ) ) ) | Case No.: C 09-1006 PVT |
| Plaintiffs, | ) ) | **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO** |
| v. | ) ) | **PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A** |
| JULY SYSTEMS, INC., ET AL., | ) ) | **"DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND** |
| Defendants. | ) ) | **REQUEST FOR REASSIGNMENT"** |
| | ) | |

     On May 21, 2009, plaintiffs Soliground Solutions GmbH and Solidground Communications GmbH applied *ex parte* for a temporary protective order.  (collectively "plaintiffs" or "Solidground").  This case has been assigned to a Magistrate Judge.  Before the court takes any action on the application, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge.  Therefore,

     IT IS HEREBY ORDERED that no later than May 26, 2009, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's

1   website at www.cand.uscourts.gov.[1]

2   Dated: May 22, 2009

3                                          *Patricia V. Trumbull*

4                                          PATRICIA V. TRUMBULL
                                           United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1]      Absent further order, the *ex parte* application for temporary protective order is submitted without oral argument.  Civ. L.R. 7-1(b).