J. TIMOTHY NARDELL (State Bar #184444)
NARDELL CHITSAZ & ALDEN LLP
790 Mission Avenue
San Rafael, California 94901
Telephone: (415) 485-2200
Facsimile:  (415) 457-1420
Email:      tim@jtnlaw.com

Attorneys for Plaintiff
JULY SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLIDGROUND SOLUTIONS GmbH (formerly isCAPITAL GmbH) Germany and SOLIDGOUND COMMUNICATIONS GmbH, Switzerland,<br><br>                Plaintiffs,<br><br>      vs.<br><br>JULY SYSTEMS, INC., a corporation,<br><br>                Defendant. | Case No. CV 09-1006 PVT<br><br>[xxxxxxxxxxx **ORDER RE: SUBSTITUTION OF ATTORNEYS FOR DEFENDANT JULY SYSTEMS, INC.** |

---

**[PROPOSED] ORDER RE: SUBSTITUTION OF ATTORNEYS FOR DEFENDANT JULY SYSTEMS, INC.**

1 **IT IS HEREBY ORDERED** that Nardell Chitsaz & Alden LLP is substituted as counsel of
2 record for Defendant JULY SYSTEMS, INC.
3 Dated:  June 15, 2009

*Patricia V. Trumbull*
Hon. Patricia V. Trumbull
UNITED STATES MAGISTRATE JUDGE