Nina Yablok, Esq. (SBN 78658)
Law Office of Nina Yablok
1313 N Milpitas Blvd., Suite 155
Milpitas, CA  95035
Telephone:  408-955-9100
Facsimile:   408-955-9191
Email: nina@buslaw.com

Attorney for Plaintiffs SOLIDGROUND SOLUTIONS GmbH (formerly isCAPITAL GmbH), Germany and SOLIDGROUND COMMUNICATIONS, GmbH, Switzerland

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiffs SOLIDGROUND SOLUTIONS GmbH (formerly isCAPITAL GmbH), Germany and SOLIDGROUND COMMUNICATIONS, GmbH, Switzerland<br><br>                        Plaintiff,<br>     vs.<br><br>JULY SYSTEMS, INC., a Delaware corporation, et al.,<br>                        Defendants. | Case No.: CV 09 1006 PVT<br><br>**STIPULATION AND ORDER OF THE PARTIES RE AGREEMENT TO PARTICIPATE IN ADR PROCESS** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HEREIN:

1. Both parties are aware of the ADR Process pursuant to the Local Rules;

2. Both parties desire to participate in the ADR process, specifically parties have agreed to participate in Early Mediation XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX  Pursuant to ADR L.R. 6-9(d), the parties may request that certain persons be excused from appearing in person and participate by telephone.  Such requests may be made to the ADR Magistrate Judge upon the required showing.

1

Soliground v. July Systems                                                                         USDC Case No. CV 09 1006 PVT
Stipulation to Participate in ADR Process

3. I declare I have discussed the above agreement with counsel for Defendant and have read this agreement to him and received his approval prior to filing.

Dated: July 7, 2009

_____
Nina Yablok
Attorney for Plaintiff
SOLIDGROUND

SO ORDERED that the parties herein shall participate in the ADR process.

Dated: _ July 8, 2009 __

_____
The Honorable Patricia V. Trumbull
United States District Court Judge

2