1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOLIDGROUND SOLUTIONS, ET AL.,      ) | Case No.: C 09-1006 PVT |
| )  | |
| Plaintiffs,      ) | **CASE MANAGEMENT CONFERENCE ORDER** |
| ) | |
| v.      ) | |
| ) | |
| JULY SYSTEMS, INC.,      ) | |
| ) | |
| Defendant.      ) | |
| _____ ) | |

On July 28, 2009, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is August 7, 2009**.**

IT IS FURTHER ORDERED that the following modifications are made to the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure:

Each party may propound 25 interrogatories and take 10 depositions.

ORDER, *page 1*

1  IT IS FURTHER ORDERED that the parties shall contact ADR to make arrangements to
2  participate in mediation.
3  IT IS FURTHER ORDERED that the following schedule shall apply to this case:
4  Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 29, 2010
5  Deadline(s) for Filing Discovery Motions . . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 26-2
6  Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . . . . . 10:00 a.m. on March 30, 2010
7  Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on June 10, 2010
8  Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on June 14, 2010
9  IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for Civil
10 Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (Rev. June
11 2008), a copy of which is available from the clerk of the court,[2] with regard to the timing and content
12 of the Joint Pretrial Statement, and all other pretrial submissions.
13 Dated:   July 28, 2009

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1]  This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2]  A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes 06/10/08."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28