```
1  J. TIMOTHY NARDELL (State Bar #184444)
   NARDELL CHITSAZ & ALDEN LLP
2  790 Mission Avenue
   San Rafael, California 94901
3  Telephone: (415) 485-2200
   Facsimile:  (415) 457-1420
4  Email:      tim@jtnlaw.com

5  Attorneys for Plaintiff
   JULY SYSTEMS, INC.
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLIDGROUND SOLUTIONS GmbH (formerly CAPITAL GmbH) Germany and SOLIDGOUND COMMUNICATIONS GmbH, Switzerland,<br><br>Plaintiffs,<br><br>vs.<br><br>JULY SYSTEMS, INC., a corporation,<br><br>Defendant. | Case No. CV 09-1006 PVT<br><br>[PROPOSED] ORDER RE: APPEARANCE BY TELEPHONE OF PARTIES' REPRESENATIVES AT MEDIATION |

---

[PROPOSED] ORDER RE: APPEARANCE BY TELEPHONE OF PARTIES' REPRESENTATIVES AT MEDIATION

The parties having requested leave therefore, pursuant to Rule 6-9(d) of the Local Rules for Alternative Dispute Resolution for the Northern District of California, and GOOD CAUSE APPEARING THEREFORE

IT IS HEREBY ORDERED that both Plaintiff's and Defendant's respective representatives may attend the mediation scheduled in the above captioned action, with Wayne Lamprey, Esq., for early October, by telephone.

Dated: August 27, 2009

_____
Hon. Wayne D. Brazil
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER RE: APPEARANCE BY TELEPHONE OF PARTIES' REPRESENATIVES AT MEDIATION