Nina Yablok, Esq, (SBN 78658)
1313 N Milpitas Blvd., Suite 155
Milpitas, CA 95035
Telephone: 408-955-9100
Facsimile: 408-955-9191
Email: nina@buslaw.com

Attorney for Plaintiffs
SOLIDGROUND SOLUTIONS, etc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLIDGROUND SOLUTIONS, GmbH (formerly isCAPITAL GmbH), Germany and SOLIDGROUND COMMUNICATIONS GmbH, Switzerland,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>JULY SYSTEMS, INC., et al.,<br><br>　　　　　　Defendants. | Case No. CV 09 1006 PVT<br>ORDER GRANTING<br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER** |

　　　COMES NOW Plaintiff SOLIDGROUND SOLUTIONS GmbH (formerly CAPITAL GmbH) Germany and SOLIDGROUND COMMUNICATIONS GmbH, Switzerland, and hereby requests dismissal with prejudice of their entire action herein against Defendant JULY SYSTEMS, INC., a Corporation.

Dated: January 11, 2009

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nina Yablok, Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　　SOLIDGROUND SOLUTIONS, GmbH (formerly
　　　　　　　　　　　　　　　　　　　　　　　isCAPITAL GmbH), Germany and SOLIDGROUND
　　　　　　　　　　　　　　　　　　　　　　　COMMUNICATIONS GmbH, Switzerland,

1

SolidGroud v. July Systems
Plaintiff's Request for Dismissal　　　　　　　　　　　　　　　　　　　　　　　　　CV 09 1006 PVT

# ORDER FOR DISMISSAL

IT IS HEREBY ADJUDGED AND DECREED that the within matter is hereby dismissed with prejudice.

Dated: January 12, 2010

*Patricia V. Trumbull*
The Honorable Patricia Trumbull
Magistrate of the United States District Court,
Northern District of California